UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| NGOCLY LU,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:13-CV-01817-BAT<br><br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for supplemental security income under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the ALJ will be directed to: further develop the record with regard to whether the claimant is illiterate; further consider the claimant's maximum residual functional capacity and, as necessary, the medical opinions of record; obtain supplemental vocational expert testimony and further consider whether the claimant is capable of making a successful adjustment to other work that exists in significant numbers in the national economy on a sustained basis, obtaining an explanation for any deviation from the DOT pursuant to SSR 00-4p; offer the claimant the

Page 1      ORDER FOR REMAND - [2:13-CV-01817-BAT]

opportunity to appear at a hearing; take any additional actions necessary to complete the record; and issue a new decision on the claimant's Title XVI claim.

DATED this 9th day of May, 2014.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Benjamin J. Groebner
BENJAMIN J. GROEBNER
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2494
Fax:  (206) 615-2531
benjamin.groebner@ssa.gov